```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :      07 CRIM 735

        - v. -                  :      INDICTMENT

PETER FOREMAN,                  :      07 Cr.

                Defendant.      :
- - - - - - - - - - - - - - - - - x
```

COUNT ONE

The Grand Jury charges:

On or about April 21, 2007, in the Southern District of New York, PETER FOREMAN, the defendant, unlawfully, willfully, and knowingly, after having been previously convicted in a court of a crime punishable by imprisonment for a term exceeding one year and having previous convictions by a court for one violent felony and four serious drug offenses, to wit: (i) a conviction on or about November 25, 1997, in New York County Supreme Court for attempted criminal sale of a controlled substance in the third degree in violation of New York Penal Law 220.39, a Class C felony; (ii) a conviction on or about September 29, 1994, in New York County Supreme Court for attempted criminal sale of a controlled substance in the third degree in violation of New York Penal Law 220.39, a Class C felony; (iii) a second conviction on or about September 29, 1994, in New York County Supreme Court for attempted criminal sale of a controlled substance in the third degree in violation of New York Penal Law

220.39, a Class C felony; (iv) a conviction on or about September 29, 1994, in New York County Supreme Court for attempted criminal possession of a controlled substance in the third degree in violation of New York Penal Law 220.16, a Class C felony; and (v) a conviction on or about June 12, 1978, in Bronx County Supreme Court for robbery in the first degree in violation of New York Penal Law 160.15, a Class B felony, all of which were committed on occasions different from one another, did possess in and affecting commerce, a firearm, to wit, a Criterion Die & Metal Inc. .22 caliber revolver, which had previously been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1) and 924(e).)

_____          _____
FOREPERSON                                MICHAEL J. GARCIA
                                          United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

PETER FOREMAN,

Defendant.

**INDICTMENT**

07 Cr.

(18 U.S.C. §§ 922(g)(1) and 924(e))

                MICHAEL J. GARCIA
                United States Attorney.

**A TRUE BILL**

*Katherine N. Brooks*
                      Foreperson.

08/09/07 INDICTMENT FILED. CASE ASSIGNED TO JUDGE Fox, J.
EFP