```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA            :

         -v-                        :    ORDER

PETER FOREMAN,                      :    07 Cr. 735 (LAK)

              Defendant.            :

- - - - - - - - - - - - - - - - - -X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/07

Upon the application of the United States of America, by and through Assistant Untied States Attorney Lee Renzin, and with the consent of the defendant, PETER FOREMAN, by and through his counsel, Mark Gombiner, Esq., it is hereby ORDERED that the time between the date of this Order and the date of the next scheduled conference, September 4, 2007, is excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), in the interests of justice. The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because it will allow the Government to prepare and produce discovery and will allow defense counsel to, among other things, review discovery and contemplate the filing of any pretrial motions.

Dated: New York, New York
       August 14, 2007

                                    _____
                                          KIMBA M. WOOD
                                    UNITED STATES DISTRICT JUDGE

                                          PART I