UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | : | NOTICE OF MOTION TO SUPPRESS PHYSICAL EVIDENCE |
| - against | : | |
| PETER FOREMAN, | : | 07 CR 735 (LAK) |
| Defendant. | : | |

-------------------------------------------------------X

SIR OR MADAM:

**PLEASE TAKE NOTICE** that upon the annexed Affirmations of PETER FOREMAN and MARK B. GOMBINER, ESQ., the undersigned will move this Court, before the Honorable Lewis A. Kaplan at the United States Courthouse, 500 Pearl Street, New York, New York, on October 26, 2007, or as soon thereafter as counsel may be heard, for an ORDER suppressing physical evidence seized from the defendant, pursuant to Rule 12 of the Federal Rules of Criminal Procedure, on the grounds that the evidence was obtained in violation of the defendant's rights under the United States Constitution, or, in the alternative, granting a hearing on the motion, and granting such other and further relief as appears just and proper.

Dated:  New York, New York
            September 17, 2007

               Respectfully submitted,

               LEONARD F. JOY, ESQ.
               Federal Defenders of New York

     By:  _____
        **MARK B. GOMBINER, ESQ.**
        Attorney for Defendant
         PETER FOREMAN
        52 Duane Street - 10th Floor
        New York, New York 10007
        Tel.:  (212) 417-8718

To:    MICHAEL GARCIA, ESQ.
       United States Attorney
       Southern District of New York
       One St. Andrew's Plaza
       New York, New York 10007
       Attn.: **LEE RENZIN, ESQ.**
           Assistant United States Attorney