UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-                                        07 Crim. 0735 (LAK)

PETER FOREMAN,

                Defendant.
------------------------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      The government's motion *in limine*, set out in its letter of October 31, 2007, is granted. The evidence in question is neither relevant to the issues to be tried at the suppression hearing nor probative of the character of the witnesses for truthfulness or untruthfulness.

      SO ORDERED.

Dated:      November 30, 2007

                                                        Lewis A. Kaplan
                                                        United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/07