

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

# MEMO ENDORSED

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 15, 2008

**RECEIVED JAN 16 2008 JUDGE KAPLAN'S CHAMBERS**

**BY HAND**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/08

Re:    **United States v. Peter Foreman,**
        **07 Cr. 735 (LAK)**

Dear Judge Kaplan:

At today's conference in the above-referenced matter, Your Honor scheduled a bench trial for January 25, 2008. The Government respectfully requests that time be excluded under the Speedy Trial Act through January 25, 2008, so that the Government and defense counsel can negotiate a mutually agreeable stipulation and resolve any potential outstanding issues in preparation for the January 25, 2008 bench trial. By telephone conference today, defense counsel consented to such an exclusion.

## MEMO ENDORSED

Granted. Finding per statute are made.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Lee Renzin
Assistant U.S. Attorney
(212) 637-2723

SO ORDERED
LEWIS A. KAPLAN
1/16/08

cc:    Mark Combiner, Esq. (By Hand)
        Attorney for Defendant