

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

January 8, 2008

**BY HAND**
The Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

   Re: **United States v. Peter Foreman**,
      **07 Cr. 735 (LAK)**

Dear Judge Kaplan:

  On January 4, 2008, Your Honor issued an Order denying the defendant's suppression motion. A status conference has been scheduled for this Friday, January 11 at 11:00 a.m. The Government respectfully requests that time be excluded under the Speedy Trial Act through January 11, 2008, so that the Government and defense counsel can discuss a potential resolution of this matter and so that the defendant can consider whether to proceed to trial. By telephone conference today, defense counsel consented to such an exclusion.

             Respectfully submitted,

             MICHAEL J. GARCIA
             United States Attorney

       By: _____
           Lee Renzin
           Assistant U.S. Attorney
           (212) 637-2723

cc:  Mark Gombiner, Esq. (**By Hand**)
    Attorney for Defendant

SO ORDERED

_____
LEWIS A. KAPLAN, USDJ